UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )  Civil Action No. 06-376 (RBW)<br>) |
| REAL PROPERTY IDENTIFIED AS<br>9216 CANTERBURY RIDING,<br>LAUREL, MARYLAND, | )<br>)<br>)<br>) |
| Defendant. | )<br>)<br>) |

**ORDER**

The government filed this in rem civil forfeiture action on March 3, 2006. Since that time, however, no effort has been made to pursue prosecution of the above-captioned case. Accordingly, it is hereby

**ORDERED** that the government shall show cause by September 28, 2007, why this case should not be dismissed for want of prosecution. Failure to respond to this order will result in the above-captioned case being dismissed.

**SO ORDERED** this 29th day of August, 2007.

REGGIE B. WALTON
United States District Judge