UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| )| |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Civil Action No. 06-376 (RBW) |
| ) | |
| REAL PROPERTY IDENTIFIED AS    ) | |
| 9216 CANTERBURY RIDING,    ) | |
| LAUREL, MARYLAND,    ) | |
| ) | |
| Defendant.    ) | |
| ) | |

### PRAECIPE

Please enter the appearance of Diane G. Lucas as counsel for Plaintiff United States in this action and withdraw Judith A. Kidwell.

Respectfully submitted,

/s/
DIANE G. LUCAS, D.C. Bar #443610
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7912

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Praecipe filed via **ECF** was sent by U.S. Postal Service, certified mail, to counsel for Camille Young, T. Scott Brisendine, Esquire, 10509 Judicial Drive, Suite 102, Fairfax, VA 22030 on this 6th day of September, 2007.

/s/
DIANE G. LUCAS
Assistant United States Attorney