# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No.  06-376 (RBW)** |
| | ) | |
| **REAL PROPERTY IDENTIFIED AS** | ) | |
| **9216 CANTERBURY RIDING,** | ) | |
| **LAUREL, MARYLAND,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

On August 29, 2007, this Court issued an Order to Show Cause why this case should not be dismissed for want of prosecution.  Upon consideration of the Plaintiff's Response to Show Cause Order and Motion for Extension of Time to File Additional Pleadings, the record in Criminal Case No. 06-0097, and the entire record herein, it is

ORDERED that the Show Cause Order is discharged; and

ORDERED that the Plaintiff's Motion for Extension of Time to File Additional Pleadings is GRANTED.

ORDERED that the Plaintiff has until October 12, 2007 to file any additional pleadings in this matter.

IT IS SO ORDERED.

This _____ day of _____, 2007.

_____
REGGIE B. WALTON
United States District Judge

cc:    Diane Lucas, AUSA
       Scott Brisendine, Esquire