UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-376 (RBW) |
| ) | |
| REAL PROPERTY IDENTIFIED AS ) | |
| 9216 CANTERBURY RIDING, ) | |
| LAUREL, MARYLAND, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court file as part of the record in the above-captioned case the attached Exhibits 1, 2, 3, and 4 inadvertently omitted from Document No. 5, Plaintiff's Response to Court's Show Cause Order, filed on September 6, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By:  /s/
DIANE G. LUCAS, D.C. Bar #443610
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Room 4822
Washington, DC 20530
(202) 514-7912