1:06-cr-00097-RMC USA v. YOUNG
Date filed: 04/20/2006

# History

| Doc. No. | Dates | Description |
|---|---|---|
| -- | Filed & Entered: 04/20/2006 | Add and Terminate Attorneys |
| 1 | Filed & Entered: 04/20/2006<br>Terminated: 04/25/2006 | Motion to Seal Case |
| 2 | Filed & Entered: 04/20/2006 | Information - Felony (Sealed) |
| 3 | Filed: 04/25/2006<br>Entered: 04/27/2006 | Order on Motion to Seal Case |
| -- | Filed & Entered: 04/28/2006 | Notice of Hearing |
| 4 | Filed: 05/15/2006<br>Entered: 05/16/2006<br>Terminated: 05/23/2007 | Motion to Seal Case |
| -- | Filed: 05/19/2006<br>Entered: 05/25/2006 | Arraignment |
| 5 | Filed: 05/19/2006<br>Entered: 05/25/2006 | Waiver of Trial by Jury |
| 6 | Filed: 05/19/2006<br>Entered: 05/25/2006 | Waiver of Indictment |
| 7 | Filed: 05/19/2006<br>Entered: 05/25/2006 | Plea Agreement |
| 8 | Filed: 05/19/2006<br>Entered: 05/25/2006 | Statement of Facts in Support of Plea Agreement |
| 9 | Filed: 05/19/2006<br>Entered: 05/25/2006 | Order Setting Conditions of Release |
| -- | Filed: 07/20/2006<br>Entered: 07/21/2006 | Status Conference |
| -- | Filed & Entered: 10/03/2006 | Notice of Hearing |
| -- | Filed & Entered: 10/03/2006 | Order |
| -- | Filed & Entered: 11/15/2006 | Notice of Hearing |
| -- | Filed: 11/20/2006<br>Entered: 11/21/2006 | Status Conference |
| -- | Filed: 11/20/2006<br>Entered: 11/28/2006 | Case Unsealed |
| 10 | Filed: 11/20/2006<br>Entered: 11/29/2006 | Order Setting Conditions of Release |
| -- | Filed & Entered: 01/22/2007 | Notice of Hearing |
| -- | Filed & Entered: 03/21/2007 | Notice of Hearing |

Exhibit 1

USA v. Real Property Identified As
9216 Canterbury Riding, Laurel, MD
Civil Action No. 06-376 (RBW)

| 11 | Filed & Entered: 04/17/2007 | Sentencing Memorandum |
|---|---|---|
| -- | Filed & Entered: 04/20/2007 | Status Conference |
| 12 | Filed: 04/30/2007<br>Entered: 05/02/2007 | Sentencing Memorandum |
| -- | Filed: 05/04/2007<br>Entered: 05/10/2007 | Sentencing |
| 13 | Filed & Entered: 05/22/2007<br>Terminated: 05/23/2007 | Motion for Extension of Time to |
| 14 | Filed: 05/23/2007<br>Entered: 05/25/2007 | Sentencing Memorandum |
| 15 | Filed: 05/23/2007<br>Entered: 05/25/2007 | Judgment |
| 16 | Filed: 05/23/2007<br>Entered: 05/25/2007 | Order |
| -- | Filed & Entered: 07/10/2007 | Notice of Hearing |
| -- | Filed: 07/18/2007<br>Entered: 07/19/2007 | Status Conference |
| 17 | Filed: 07/18/2007<br>Entered: 07/19/2007 | Order |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/29/2007 15:40:27 | | | |
| PACER Login: | du1845 | Client Code: | |
| Description: | History/Documents | Search Criteria: | 1:06-cr-00097-RMC |
| Billable Pages: | 1 | Cost: | 0.08 |