**1:06-cv-00376-RBW** UNITED STATES OF AMERICA v. REAL PROPERTY IDENTIFIED AS 9216 CANTERBURY RIDING
Reggie B. Walton, presiding
Date filed: 03/03/2006 **Date of last filing:** 08/29/2007

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | *Filed:* 03/03/2006<br>*Entered:* 03/06/2006 | ⊙ Complaint |
| -- | *Filed & Entered:* 03/06/2006 | ⊙ Warrant Issued |
| 2 | *Filed:* 04/26/2006<br>*Entered:* 04/28/2006 | ⊙ Summons Returned Executed |
| 3 | *Filed & Entered:* 08/29/2007 | ⊙ Order to Show Cause |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/29/2007 15:39:48 | | | |
| **PACER Login:** | du1845 | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 1:06-cv-00376-RBW |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

Exhibit 2

USA v. Real Property Identified As
9216 Canterbury Riding, Laurel, MD
Civil Action No. 06-376 (RBW)