THE LAW OFFICES OF
# MARTIN & ARIF, P.C.

CHARLES R. MARTIN △
MICHAEL S. ARIF △

8001 Braddock Road, Suite 100
Springfield, Virginia 22151

(703) 323-1200
Fax (703) 978-1040

△ Also Admitted in the District of Columbia
∞ Also Admdmitted in Pennsylvania

T. SCOTT BRISENDINE △∞
DARLENE R. LANGLEY
MELISSA L. BARNES

30 May 2006

*Via facsimile 202-514-9155 and by regular mail*

Judith A. Kidwell, Esq.
Assistant United States Attorney
United States Attorney's Office
Asset Forfeiture Unit, Criminal Division
555 Fourth Street, NW, Room 4818
Washington, DC 20530

RE:   Camille Young - Forfeiture Compromise Proposal

Dear Ms. Kidwell:

As we has discussed, Ms. Young is in a position to be able to pay back to the United States Government $20,000 as a compromise on the current forfeiture action that is pending. The money will come from a source that can be traced to ensure that it is not the proceed of a criminal enterprise. We are currently gathering the bank statements and home sale statements that will provide assurance as to the money being clean. If your Department approves this resolution, we can discuss when and where and how the payment will be provided.

I look forward to working with you in the near future about this matter. As always, please do not hesitate to contact me should you require further information.

Sincerely,

T. Scott Brisendine

cc:   C. Young
      J. Himelstein

Exhibit 3

USA v. Real Property Identified As
9216 Canterbury Riding, Laurel, MD
Civil Action No. 06-376 (RBW)