THE LAW OFFICES OF
**MARTIN & ARIF, P.C.**

CHARLES R. MARTIN △
MICHAEL S. ARIF △

8001 Braddock Road, Suite 100
Springfield, Virginia 22151

(703) 323-1200
Fax (703) 978-1040
Email: tsblaw@gmail.com

T. SCOTT BRISENDINE △∞‡
DARLENE R. LANGLEY
MELISSA L. BARNES

△ Also Admitted in the District of Columbia
∞ Also Admitted in Pennsylvania
‡ Also Admitted in New Jersey

14 August 2006

Judith A. Kidwell, Esq.
Assistant United States Attorney
Asset Forfeiture Unit, Criminal Division
555 Fourth Street, NW, Room 4818
Washington, DC 20530

RE:     U.S. v. 9216 Canterbury Riding
        Case No. 1-06CV00376
        Camille Young

Dear Ms. Kidwell:

Enclosed please find a notarized letter from Mr. Scott as well as a copy of his HUD settlement statement from the sale of his home. These two (2) documents are intended to provide you with the support to demonstrate that the finances Ms. Young will pay the compromise with are legitimate and will be loaned to her from a third person, Mr. Raymond K. Scott.

I hope that this is all that you will require, however, please do not hesitate to contact me should you need further information or documentation. I look forward to speaking with you sometime next week, and I hope that your vacation was relaxing.

Sincerely,

T. Scott Brisendine

cc:     C. Young
        J. Himelstein

encls.

Exhibit 4

USA v. Real Property Identified As
9216 Canterbury Riding, Laurel, MD
Civil Action No. 06-376 (RBW)