IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>9216 CANTERBURY RIDING )<br>LAUREL, MARYLAND, )<br>)<br>Defendant. )<br>) | Case No. 1:06 cv 00376 (RBW) |

NOTICE OF DISMISSAL

Pursuant to the Federal Rules of Civil Procedure 41(a)(1), the plaintiff, United States of America, hereby voluntarily dismisses the above captioned case.

Respectfully submitted,

_/s/_____
JEFFERY A. TAYLOR, D.C. Bar #498610
United States Attorney

_/s/_____
WILLIAM R. COWDEN, D.C. Bar #426301
Assistant United States Attorney

_/s/_____
DIANE G. LUCAS, D.C. Bar #443610
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7912